APRIL 17, 1967.

No. ——. CADDO PARISH SCHOOL BOARD ET AL. *v.* UNITED STATES ET AL. Motion for stays of execution and enforcement of judgments of the United States District Courts for the Eastern and Western Districts of Louisiana entered pursuant to the mandates of the United States Court of Appeals for the Fifth Circuit, presented to MR. JUSTICE BLACK, and by him referred to the Court, denied. *Jack P. F. Gremillion,* Attorney General of Louisiana, *William P. Schuler,* Second Assistant Attorney General, *Albin P. Lassiter* and *John F. Ward, Jr.,* on the motion. *Solicitor General Marshall* and *Assistant Attorney General Doar* for the United States, and *Jack Greenberg, James M. Nabrit III, Michael Meltsner, Norman C. Amaker, Charles H. Jones, Jr., Oscar Adams* and *Demetrius C. Newton* for Johnson et al., respondents, in opposition to the motion.

No. ——. ROBERTS *v.* WILSON, WARDEN. Super. Ct. Cal., City and County of S. F. Application for stay of execution of the death sentence imposed upon petitioner, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. MR. JUSTICE FORTAS is of the opinion that the application for stay should be granted.

No. 30, Original. MICHIGAN *v.* OHIO. Motion for leave to file a bill of complaint granted and State of Ohio allowed sixty days to answer. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Nicholas V. Olds* and *Esther E. Newton,* Assistant Attorneys General, on the motion. *William B. Saxbe,* Attorney General of Ohio, and *Charles S. Lopeman* for defendant in opposition.